IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 3:10-00005 |
| | ) | Chief Judge Haynes |
| DUSTIN S. SHARP, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The plea hearing in this action is set for **Monday, June 17, 2013 at 3:30 p.m.**

It is so **ORDERED**.

ENTERED this the 6th day of May, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court